```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

AMSOUTH BANK,                    :    3:04cv1492(WWE)
    Plaintiff,                   :
                                 :
v.                               :
                                 :
KIRSTEN SOLSVIG GALEF,           :
EXECUTRIX,                       :
    Defendant.                   :
```

## RULING ON MOTION FOR RECONSIDERATION

Plaintiff Amsouth Bank moves for reconsideration of this Court's decision to dismiss this action without action in light of Connecticut General Statutes section 45a-382. The Motion for Reconsideration [doc. #18] is hereby GRANTED. However, upon review, the Court adheres to its previous decision.

SO ORDERED.

```
                       _____/s/_____
                       WARREN W. EGINTON
                       SENIOR UNITED STATES DISTRICT JUDGE
```

Dated at Bridgeport, Connecticut this 20th day of June, 2005.

1